IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| Dr. Walter C. Howard, | ) | |
|---|---|---|
| | ) | C.A. No. 3:11-2214-MBS-SVH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **THIRD AMENDED** |
| | ) | **SCHEDULING ORDER** |
| Allen University, Dr. Charles E. Young, and Dr. Pamela M. Wilson, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this Court, the following amended schedule is established for this case for all unexpired deadlines.

1. Discovery shall be completed no later than **September 24, 2012**. All discovery requests shall be served in time for the responses thereto to be served by this date. *De bene esse* depositions must be completed by discovery deadline. **No motions relating to discovery may be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 and have had a telephone conference with Judge Hodges in an attempt to resolve the matter informally.**

2. All dispositive motions shall be filed on or before **October 22, 2012**. (Fed. R. Civ. P. 16(b)(2)).

3. Mediation, pursuant to Local Civil Rules 16.04-16.12, shall be completed in this case on or before **October 26, 2012.**

IT IS SO ORDERED.

*Shiva V. Hodges*

July 13, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge